# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Frost, Gregory L. | U.S. Dist. Ct., S.Dist.of Ohio | 10/3/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

169 U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director / Shareholder | W.K. Frost, Inc. [ ] owned corporation) |
| 2. | Director | Maryhaven, Inc. (Non-profit drug and alcohal rehabilitation facility) |
| 3. | Adjunct Professor | Ohio Northern University, College of Law |
| 4. | Adjunct Professor | Capital University, College of Law |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/01/03 | Public Employees Retirement System of Ohio, pension plan as a result of former position as state court judge. |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 11

**Name of Person Reporting**

Frost, Gregory L.

**Date of Report**

10/3/2012

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | W. K. Frost, Inc. (director's fee) | $2,000.00 |
| 2. 2011 | Ohio Public Employees Retirement System (pension) | $77,000.00 |
| 3. 2011 | Ohio Northern University, College of Law - Adjunct Professor | $3,000.00 |
| 4. 2011 | Capital University, College of Law - Adjunct Professor | $500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | State of Ohio, The Supreme Court of Ohio - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 10/3/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Meridian Condo Project mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 10/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merril Lynch - First Merit Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Park National Bank Checking Account | | None | J | T | | | | | |
| 3. Park National Bank Checking Account | | None | J | T | | | | | |
| 4. W.K. Frost, Inc. - Closely held stock | E | Distribution | M | U | | | | | |
| 5. Clayton Land Holdings, LLC appraised 3/15/00 | | None | L | T | | | | | |
| 6. Shrimplin #1 - Oil well | B | Royalty | J | W | | | | | |
| 7. Deferred Comp. ___ - Fidelity Growth Company | | None | K | T | | | | | |
| 8. Deferred Comp. ___ - Fidelity Contrafund | | None | K | T | | | | | |
| 9. Deferred Comp. ___ - Janus Fund | | None | J | T | | | | | |
| 10. Deferred Comp. ___ - Vanguard International Growth | | None | K | T | | | | | |
| 11. Deferred Comp. ___ - Vanguard Institutional Index | | None | K | T | | | | | |
| 12. Deferred Comp. ___ Guaranteed Return Option | | None | K | T | | | | | |
| 13. Plantation Federal Bank - ___ Checking Account | | None | J | T | | | | | |
| 14. Plantation Federal Bank - ___ Money Market Account | A | Interest | L | T | | | | | |
| 15. Deferred Comp. ___ - FPA Capital Fund | | None | K | T | | | | | |
| 16. Investment/Rental Property - Cocoa Beach, FL | E | Rent | O | W | | | | | |
| 17. Deferred Comp. ___ - Fideity Contrafund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 10/3/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deferred Comp.      -Fidelity Growth | | None | K | T | | | | | |
| 19. Deferred Comp.      - Janus Fund | | None | J | T | | | | | |
| 20. Deferred Comp.      Vanguard International | | None | K | T | | | | | |
| 21. Deferred Comp.      - Vangard Institutional | | None | K | T | | | | | |
| 22. Deferred Comp.      - FPA Capital Fund | | None | K | T | | | | | |
| 23. Deferred Comp.      - Guaranteed Return | | None | K | T | | | | | |
| 24. Merrill Lynch - EFA Fund | A | Dividend | J | T | | | | | |
| 25. Merrill Lynch - SPY Fund | A | Interest | J | T | | | | | |
| 26. Moundbuilders Country Club | A | Interest | J | T | | | | | |
| 27. Park National Bank Savings Account | A | Interest | J | T | | | | | |
| 28. Park National Bank Saving Account | A | Interest | K | T | | | | | |
| 29. Deferred Comp.      - Vanguard Capital Opportunity | | None | J | T | | | | | |
| 30. Deferred Comp.      - Vanguard Total Bond Market Index | | None | J | T | | | | | |
| 31. Merrill Lynch - IRA Account -Blackrock Build America Fund | | None | J | T | | | | | |
| 32. Wells Fargo Brokerage Account      | B | Int./Div. | O | T | | | | | |
| 33. Wells Fargo Brokerage Account      Aflac Inc. | | None | K | T | Buy | 06/06/11 | K | | |
| 34. Wells Fargo Brokerage Account      Ship Finance Intl. LT | | None | J | T | Buy | 06/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 10/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Brokerage Account Archer-Daniels Midlnd | | None | K | T | Buy | 06/07/11 | K | | |
| 36. Wells Fargo Brokerage Account Realty Income Corp | | None | K | T | Buy | 06/15/11 | K | | |
| 37. Wells Fargo Brokeraage Account Seadrill LTD | | None | K | T | Buy | 06/13/11 | K | | |
| 38. Wells Fargo Brokerage Account AT&T Inc | | None | K | T | Buy | 08/01/11 | K | | |
| 39. Wells Fargo Brokerage Account Bershire Hathaway Inc | | None | K | T | Buy | 08/01/11 | K | | |
| 40. Wells Fargo Brokerage Account Pepsico | | None | K | T | Buy | 08/01/11 | K | | |
| 41. Wells Fargo Brokerage Account Bershire Hathaway | | None | J | T | Buy | 08/24/11 | J | | |
| 42. Wells Fargo Brokerage Account Intel | | None | J | T | Buy | 08/24/11 | J | | |
| 43. Wells Fargo Brokerage Account Microsoft Corp. | | None | J | T | Buy | 08/24/11 | J | | |
| 44. Wells Fargo Brokerage Account Exelon Corp. | | None | K | T | Buy | 10/07/11 | K | | |
| 45. Merrill Lynch - Bank Deposit Program | A | Int./Div. | J | T | | | | | |
| 46. Merrill Lynch - Bank Deposit Program | A | Int./Div. | J | T | | | | | |
| 47. Merrill Lynch - Bank Deposit Program | A | Int./Div. | J | T | | | | | |
| 48. PNC Investment Management Account Blackrock MMF | A | Int./Div. | K | T | Open | 10/07/11 | K | | See Comment |
| 49. PNC Investment Mgmt. Acct. AT&T | | None | J | T | Buy | 11/08/11 | J | | |
| 50. PNC Investment Mgmt. Acct. American Express Co | | None | J | T | Buy | 11/08/11 | J | | |
| 51. PNC Investment Mgmt. Acct. Amerisource Bergen Corp | | None | J | T | Buy | 11/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 10/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PNC Investment Mgmt. Acct Apple . | | None | J | T | Buy | 11/08/11 | J | | |
| 53. PNC Investment Mgmt. Acct. Baxter International Inc | | None | K | T | Buy | 11/08/11 | J | | |
| 54. PNC Investment Mgmt. Acct. Bristol Myers Squibb Co. | | None | J | T | Buy | 11/08/11 | J | | |
| 55. PNC Investment Mgmt. Acct. CSX Corp | | None | J | T | Buy | 11/08/11 | J | | |
| 56. PNC Investment Mgmt. Acct. Chubb Corp | | None | J | T | Buy | 11/08/11 | J | | |
| 57. PNC Investment Mgmt. Acct. Connecticut St. SER D GO | | None | K | T | Buy | 11/02/11 | K | | |
| 58. PNC Investment Mgmt. Acct. Conoco Phillips | | None | J | T | Buy | 11/08/11 | J | | |
| 59. PNC Investment Mgmt. Acct. Consolidated Edision INc | | None | J | T | Buy | 11/08/11 | J | | |
| 60. PNC Investment Mgmt. Acct. Disney Walt CO | | None | J | T | Buy | 11/08/11 | J | | |
| 61. PNC Investment Mgmt. Acct. Dupont E/ De Neours & CO | | None | J | T | Buy | 11/08/11 | J | | |
| 62. PNC Investment Mgmt. Acct. Eaton Corp | | None | J | T | Buy | 11/08/11 | J | | |
| 63. PNC Investment Mgmt. Acct. Exxon Mobil Corp. | | None | J | T | Buy | 11/08/11 | J | | |
| 64. PNC Investment Mgmt. Acct. General Electric Co. | | None | J | T | Buy | 11/08/11 | J | | |
| 65. PNC Investment Mgmt. Acct. Harbor Int'l Fund Class | | None | J | T | Buy | 11/08/11 | J | | |
| 66. PNC Investment Mgmt. Acct. Intel | | None | J | T | Buy | 11/08/11 | J | | |
| 67. PNC Investment Mgmt. Acct. IBM | | None | J | T | Buy | 11/08/11 | J | | |
| 68. PNC Investment Mgmt. Acct. IShares TR MSCI Emerging | | None | J | T | Buy | 11/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 10/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PNC Investment Mgmt. Acct. ___ I Shares MSCI EAFE Index | | None | J | T | Buy | 11/08/11 | J | | |
| 70. PNC Investment Mgmt. Acct. ___ I Shares Russell Midcap | | None | K | T | Buy | 11/08/11 | K | | |
| 71. PNC Invmt. Mgmt. Acct. ___ Ishares TR Russell 2000 Idx | | None | J | T | Buy | 11/08/11 | J | | |
| 72. PNC Invmt. Mgmt. Acct. ___ JPMorgan Chase | | None | J | T | Buy | 11/08/11 | J | | |
| 73. PNC Invmt. Mgmt. Acct. ___ Johnson & Johnson | | None | J | T | Buy | 11/08/11 | J | | |
| 74. PNC Invmt. Mgmt. Acct. ___ Johnson Controls | | None | J | T | Buy | 11/08/11 | J | | |
| 75. PNC Invmt. Mgmt. Acct. ___ Litman Gregory Masters Int'l | | None | J | T | Buy | 11/08/11 | J | | |
| 76. PNC Invmt. Mgmt. Acct. ___ Mass St. Sch. Bldg Auth Bond | | None | L | T | Buy | 10/27/11 | L | | |
| 77. PNC Invmt. Mgmt. Acct. ___ McDonald's Corp | | None | J | T | Buy | 11/08/11 | J | | |
| 78. PNC Invmt. Mgmt. Acct. ___ Microsoft Corp | | None | J | T | Buy | 11/08/11 | J | | |
| 79. PNC Invmt. Mgmt. Acct. ___ Nextera Energy Inc | | None | J | T | Buy | 11/08/11 | J | | |
| 80. PNC Invmt. Mgmt. Acct. ___ OSU Ref Ser A | | None | K | T | Buy | 10/28/11 | K | | |
| 81. PNC Invmt. Mgmt. Acct. ___ Oracle | | None | J | T | Buy | 11/08/11 | J | | |
| 82. PNC Invmt. Mgmt. Acct. ___ Pepsico Inc. | | None | J | T | Buy | 11/08/11 | J | | |
| 83. PNC Invmt. Mgmt. Acct. ___ Phoenix AZ Civic Impt | | None | K | T | Buy | 11/01/11 | K | | |
| 84. PNC Invmt. Mgmt. Acct. ___ Price T Rowe Grp | | None | J | T | Buy | 11/08/11 | J | | |
| 85. PNC Invmt. Mgmt. Acct. ___ Proctor & Gamble | | None | J | T | Buy | 11/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 10/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PNC Invmt. Mgmt. Acct. [redacted] Qualcomm | | None | J | T | Buy | 11/08/11 | J | | |
| 87. PNC Invmt. Mgmt. Acct. [redacted] JM Smucker | | None | J | T | Buy | 11/08/11 | J | | |
| 88. PNC Invmt. Mgmt. Acct. [redacted] Target | | None | J | T | Buy | 11/08/11 | J | | |
| 89. PNC Invmt. Mgmt. Acct. [redacted] UPS | | None | J | T | Buy | 11/08/11 | J | | |
| 90. PNC Invmt. Mgmt. Acct. [redacted] United Technologies Corp. | | None | J | T | Buy | 11/08/11 | J | | |
| 91. PNC Invmt. Mgmt. Acct. [redacted] Univ of CO Enterprise Rev. | | None | K | T | Buy | 10/26/11 | J | | |
| 92. PNC Invmt. Mgmt. Acct. [redacted] Wells Fargo | | None | J | T | Buy | 11/08/11 | J | | |
| 93. PNC Invmt. Mgmt. Acct. [redacted] Wisconsin St. Trans. Rev Bd | | None | K | T | Buy | 11/02/11 | K | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 10/3/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 26 Part VII - [        ] purchased a capital improvements bond as members of Moundbuilders Country Club and interest is being paid on the bond.

Line 48 Part VII - [      ] opened a new brokerage account with PNC Bank on October 7, 2011 as a result of a lifetime exemption distribution [          ]

October 3, 2012 - Pursuant to the September 18, 2012 letter, I am submitting the revised report. In Part VII, page 5, line 31 - added Blackrock Build America Fund in accordance with your instructions. Also, in Part VII, page 6, line 44, Column C(2), the value method code has been changed to "T." Also, I was unable to sign the form because the signature page did not come up. I am sending this hard copy to you with my signature. Finally, you requested an amendment based upon the 2010 filing which lists in Part VII, page 5, lines 31 and 32 the "Deferred Comp. [        ] - Vanguard Capital Opportunity" and "Deferred Comp. [        ] - Vanguard Total Bond Market Index." Please refer to PartVII, page 5, lines 29 and 30 of the 2011 report that lists those funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 10/3/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory L. Frost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544